IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ANDY RYAN PHOTOGRAPHER, LLC,                    |
    a New York limited liability company,       |
                                                |
    Plaintiff,                                  |
                                                |
    v.                                          |    Civil Action No. _____
                                                |
MOSAIC KITCHEN AND BATH INC.                    |
    doing business as, "BACKSPLASH,"            |
    a Virginia Corporation;                     |
                                                |
    and                                         |
                                                |
DOES 1-10,                                      |
                                                |
    Defendants.                                 |

Complaint for Copyright Infringement, Vicarious
and/or Contributory Copyright Infringement
and
Violation of the DCMA 17 U.S.C. § 1202

Jury Trial Demanded

Plaintiff Andy Ryan Photographer, LLC, ("Ryan") by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.        This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2.        This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3.        Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

4.     Plaintiff Ryan is a New York limited liability company doing business in and with this District.

5.     On information and belief, Ryan alleges that Mosaic Kitchen and Bath Inc. ("Backsplash") is a wall tile and mosaic company doing business in and with this District, including through their business practices, involving the sale of their various wall tiles online at www.backsplash.com, with their principal place of business located at 22611 Market Ct #101, Sterling, Virginia, 20163.

6.     On information and belief, Ryan alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Ryan's copyrights, have contributed to the infringement of Ryan's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of DOES 1 through 10, inclusive, are presently unknown to Ryan, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      On information and belief, Ryan alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Ryan's rights and the damages to Ryan proximately caused thereby.

8.     Defendants, and each of them, have copied photography for which Ryan holds the copyrights, including, without limitation, that set forth herein.

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPHS

9.      Ryan is the photography company of Andrew Ryan, a renowned freelance architectural, interior design, and home products photographer whose business consists, in part of licensing rights to reproduce and distribute photographs it owns or has the exclusive rights to license. Andrew Ryan has worked for more than a decade creating photography which has been featured in publications such as Apartment Theory, Architectural Digest, Forbes, Westchester Home Magazine, and The New York Times.

10.      Andrew Ryan created, and Ryan owns the series of original photographs depicted in **Exhibit A** attached hereto (the "Subject Photographs"). Ryan is the sole owner of all rights, title, and interest in the Subject Photographs with those listed as owned by Andrew Ryan having been assigned to Ryan.

11.      Ryan has registered the Subject Photographs with the United States Copyright Office and owns a registration certificate confirming same.

12.      On information and belief, Ryan alleges that Defendants, and each of them, used the Subject Photographs for commercial purposes including, without limitation, by posting the Subject Photographs online at the website www.backsplash.com, which is owned and operated by Mosaic Kitchen and Bath, Inc (the "Infringing Uses"). True and correct screen captures, and their accompanying URLs, of the Infringing Uses are depicted in **Exhibit B** attached hereto.

13.      At no point did Mosaic Kitchen and Bath, Inc. nor Backsplash ever receive authorization, consent, or a license from Ryan for its exploitation of the Subject Photographs.

14.      On March 22, 2022 , Ryan sent a letter to Backsplash.com notifying Defendants of their usage of the Subject Photographs constituted infringement of Ryan's copyrights. Defendants failed to reasonably resolve the matter, requiring this action.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement - Against All Defendants, and Each)

15.      Ryan repeats, re-alleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

3

16.    Ryan alleges on information and belief that Defendants, and each of them, accessed the Subject Photograph by, without limitation, viewing the Subject Photograph on Ryan's website or social media profiles, on other sites online, or in Ryan's numerous online profiles. Access is further evidenced by the Subject Photograph's exact reproduction in the Infringing Uses.

17.    On information and belief, Ryan alleges that Defendants, and each of them, infringed Ryan's copyrights in the Subject Photographs by, without limitation, copying, reproducing, publishing, and displaying the Subject Photographs in the Infringing Uses for commercial benefit to the public as set forth above, without Ryan's authorization or consent.

18.    On information and belief, Ryan alleges that Defendants, and each of them, infringed Ryan's copyrights by creating infringing derivative works from the Subject Photographs and publishing same to the public.

19.    Due to Defendants', and each of their, acts of infringement, Ryan has suffered general and special damages in an amount to be established at trial.

20.    Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Ryan's rights in the Subject Photographs. As such, Ryan is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs in an amount to be established at trial.

21.    On information and belief, Ryan alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## SECOND CLAIM FOR RELIEF

**(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)**

22.     Ryan repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

23.     On information and belief, Ryan alleges that Defendants knowingly induced, participated in, aided and abetted in, and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing and displaying photographs that Defendants knew, or should have known, were not authorized to be published by Defendants; publishing the Infringing Uses on affiliate, third-party, and social media sites; and distributing the Infringing Uses to third-parties for further publication.

24.     On information and belief, Ryan alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants, and each of them, had the ability to oversee the development, publication, and distribution of the infringing imagery at issue. Defendants, and each of them, also realized profits through their respective obtainment, distribution, and publication of the Infringing Uses.

25.     By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Ryan has suffered general and special damages in an amount to be established at trial.

26.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Ryan's rights in the Subject Photographs. As such, Ryan is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs, in an amount to be established at trial.

27.     On information and belief, Ryan alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## THIRD CLAIM FOR RELIEF

### (For Violations of 17 U.S.C. §1202 – Against all Defendants, and Each)

28.     Ryan repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

29.     Ryan's photography was routinely published with copyright management information ("CMI"), as that phrase is used in 17 USC § 1202. Ryan's CMI included, without limitation, its name, metadata, and other indicia of authorship and attribution information.

30.     On information and belief, Ryan alleges that Defendants, and each of them, intentionally removed Ryan's CMI in violation of 17 USC § 1202(b) before copying, reproducing, distributing, and displaying the Subject Photographs on Defendant's website and profiles.

31.     On information and belief, Ryan alleges that Defendants, and each of them, did distribute, import for distribution, or publicly perform works, copies of works, or phonorecords, knowing that copyright management information has been removed or altered without authority of Ryan or the law, knowing, or, with respect to civil remedies under 17 USC § 1203, having reasonable grounds to know, that it will induce, enable, facilitate, or conceal an infringement of any right under this title.

32.     On information and belief, Ryan alleges that Defendants, and each of them, in violation of 17 USC § 1202(a), knowingly and with the intent to induce, enable, facilitate, or conceal infringement provided false copyright management information when they added their own logos and author names, bylines, and attribution to the Subject Photographs within the Infringing Uses.

33.     On information and belief, Ryan alleges that Defendants, and each of them knew that they were providing false copyright management information to their copies of the Subject Photographs and distributing copyright management information that was false at the time it distributed its unauthorized copies of the Subject Photographs.

34.     Due to Defendants acts of infringement, as alleged herein, Ryan has suffered and will seek to recover general and special damages in an amount to be established at trial, and/or statutory damages and attorneys' fees as provided in 17 USC § 1203.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### Against All Defendants, and Each and With Respect To Each Claim For Relief:

a.      That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Ryan's copyrights its photography, including without limitation the Subject Photographs, including through, without limitation, an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, Ryan's photography, including without limitation the Subject Photographs, from any print, web, or other publication owned, operated, or controlled by any Defendant;

b.      That Ryan be awarded all profits of Defendants, and each of them, plus all losses of Ryan, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages to the extent they are available under the Copyright Act, 17 U.S.C. § 504, and other applicable law;

c.      That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Ryan's intellectual property rights;

d.      That Ryan be awarded its costs and attorneys' fees to the extent they are available under the Copyright Act U.S.C. § 101 et seq.;

e.      That Ryan be awarded its costs and fees under the statutes set forth above;

f.      That Ryan be awarded statutory damages and/or penalties under the statutes set forth above, to the extent they are available;

g.      That Ryan be awarded pre-judgment interest as allowed by law;

h.      That Ryan be awarded the costs of this action; and

i.      That Ryan be awarded such further legal and equitable relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

**Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.**

Respectfully submitted,

Dated: February 28, 2025            By: */s/Jonathan Westreich, Esq.*
                                     Jonathan Westreich, Esq.
                                     VSB No. 37393
                                     Greenberg & Lieberman, LLC (of Counsel)
                                     604 Cameron Street
                                     Alexandria, Virginia 22314
                                     Jonathan@westreichlaw.com
                                     703-299-9050

                                     Stevan Lieberman, Esq.
                                     Greenberg & Lieberman, LLC
                                     1775 Eye Street, N.W., Suite 1150
                                     Washington, D.C. 20006
                                     202-625-7016
                                     Stevan@aplegal.com

                                     David M.S. Jenkins, Esq.
                                     Scott Alan Burroughs, Esq.
                                     David Michael Stuart Jenkins, Esq.
                                     DONIGER / BURROUGHS
                                     247 Water Street, First Floor
                                     New York, New York 10038
                                     (310) 590-1820

                                     *Attorneys for Plaintiff*

**EXHIBIT A**

**Reg. No. VA0002285320**



**Reg. Nos. VA 2-172-206 and VA 2-150-125**





**Reg. No. VA0002285278**







**EXHIBIT B**

**URL: https://www.pinterest.com/pin/776237685783234614/**



**URL: https://www.pinterest.com/pin/566327721897812056/**



**URL:** https://backsplash.com/backsplash-for-white-cabinets-marble-glass-metal-ceramic-and-more/?epik=dj0yJnU9VTBXM08wY3FONm5DY2txOE4tcVdhb3VCd1VPWV9sVzcmcD0wJm49akx

https://backsplash.com/backsplash-for-white-cabinets-marble-glass-metal-ceramic-and-more/?epik=dj0yJnU9VTBXM08wY3FON   February 19, 2025 at 1:27 PM EST
m5DY2txOE4tcVdhb3VCd1VPWV9sVzcmcD0wJm49akx

## backsplash.com

'Home Design & Decor Idea Blog'

HOME   BACKSPLASH ⌄   KITCHEN   CABINET   COUNTERTOP   BATHROOM   OUTDOOR     SEARCH 🔍

Backsplash for White Cabinets Marble, Glass, Metal, Ceramic and More!

4.0K SHARES    📌 4.0K Pinterest    📘 0 Facebook

⌄ +42 BACKSPLASH FOR WHITE CABINETS

Photo by Gina Godin – More home design photos
ID# 125002 | *Houzz.com – Credit* | © Gina Godin

### White Cabinets with Marble Hex Tiles and Pastel Blue Range Hood

If you are looking something for more luxurious, marble might be your thing. The marble hexagon tiles add a sense of luxury to elevates the design. The geometrical shape of the tiles complements the modern look of the white cabinetry and white countertop. The pastel blue range hood creates a harmonious look with the marble tiles and adds a romantic vibe to this transitional kitchen.

Photo by Brick buro – Discover kitchen design ideas
ID# 125004 | *Houzz.com – Credit* | © Brick buro

### Gray Chevron Backsplash for White Cabinets

Playing colors and textures on the backsplash design is a great way to add interest to white kitchen cabinets. Here, the gray chevron backsplash tile brings dynamism between the flat-panel surfaces of the cabinets with its eye-catching pattern and gray shades. Wooden cabinets counter chairs, and the wooden countertop of the peninsula complement the earthy look of the backsplash tiles.

a luxurious twist against the modern look of the white flat-panel cabinets. The white pained beadboard panels on the black backsplash add another layer of texture.



Photo by Dan Kitchens Australia – Look for kitchen design inspiration
ID# 125024 | *Houzz.com* – *Credit* | © Dan Kitchens Australia

**Bright and Spacious Kitchen with Wood and Granite Accents**

The modern kitchen offers warmth, elegance, and beauty through the combination of different textures, clean lines, luxury appliances, and a minimalist aesthetic. The eyecatching veining of the granite and beautiful grains of the wood textures add detail and character to the space. Thanks to the high ceiling and the mostly white color palette, the kitchen has a spacious atmosphere.

## Backsplash Ideas for White Cabinets and Quartz Countertops

Quartz countertops have become increasingly popular amongst homeowners because of their luxurious appeal and durable structure. When this natural beauty blends with clean white cabinets, an elegant and sleek overall kitchen look will be created. You can add dimension with a glass backsplash, blend another natural stone like marble with quartz, or use a darker-colored backsplash to create a focal point.

· Silestone Eternal Calacatta Gold



Photo by Natalie Howe Design – More kitchen ideas
ID# 125016

**Black and White Kitchen with Chevron Backsplash and Wood Floor**

Simple yet effective! This kitchen offers a timeless and classic look with its black and white color scheme. The marble chevron backsplash creates a sleek backdrop for white cabinets while adding a slight texture. The black countertop nicely contrasts with the white features to create a luxurious look.



Photo by Kitchen Magic – Discover kitchen design ideas
ID# 125025

**Crisp White Backsplash for White Cabinets with Granite Countertops**

The black granite countertops of the perimeter cabinets and peninsula directly pull the attention and emphasize the design by creating a contrast with the white features like cabinets, backsplash,

**URL: https://backsplash.com/product/ba45056-white-gray-marble-flower-mosaic-tile/?epik=dj0yJnU9U0x3RVRadjFXNDJyZXJsdXJQWTZhRUNpYUR2cG4xRmsmcD0wJm49aWhOQ**



**URL:** https://backsplash.com/ceramic-tile-backsplash-infinite-range-of-color-pattern-shape-and-texture/



https://backsplash.com/ceramic-tile-backsplash-infinite-range-of-color-pattern-shape-and-texture/    February 19, 2025 at 1:39 PM EST

## backsplash.com

'Home Design & Decor Idea Blog'

HOME    BACKSPLASH⌄    KITCHEN    CABINET    COUNTERTOP    BATHROOM    OUTDOOR    SEARCH 🔍

### Ceramic Tile Backsplash Infinite Range of Color, Pattern, Shape and Texture

**8.9K** SHARES    📌 **8.9K** Pinterest    🅕 **0** Facebook

⌄ **40+ CERAMIC TILE BACKSPLASH**



Photo by Emilie Melin architecte DPLG – Browse kitchen ideas
ID# 125404 | *Houzz.com* – *Credit* | © Emilie Melin architecte DPLG



Photo by Studio Dearborn – More home bar photos
ID# 125436 | *Houzz.com* – *Credit* | Studio Dearborn| © Adam Macchia

#### Blue and White Kitchen with Wood Accents

In this small trendy kitchen, the blue accents stand out between the white cabinets and offer a fun and stylish look. White perimeter cabinets are paired with reclaimed wood countertop which adds a warm touch to the atmosphere. The blue ceramic tile backsplash adds visual interest to the design with its beautiful shades while the top of the dining table complements the backsplash. Terrazzo floor tiles add another layer of texture and complete the natural feel of

#### Transitional Home Bar with Gray Cabinets and Black Subway Tiles

In this small transitional home bar, the black subway tile backsplash makes a big difference and adds a dramatic effect to the atmosphere. The black tiles continuous through the back of the glass-fronted upper cabinets emphasize the impact. The shaker cabinets are painted with Benjamin Moore's Light Pewter which completes the sophisticated look of the black. The white countertop makes a fresh touch while the brass hardware finalizes the design.

### White Cabinets with Black Countertop and Multicolored Accent Wall

With their striking pattern, the multicolored backsplash tiles are the centerpiece of this contemporary kitchen. The backsplash tiles and the stainless steel range hood create an accent wall while white perimeter cabinets and black countertop give a classic look. The minimalist look of the cabinets allows the backsplash design to stand out. The gray marble countertop of the dark gray kitchen island adds a luxurious feel to the design.



Photo by Fresh Start Contracting Company – Browse kitchen ideas
ID# 125416 | *Houzz.com – Credit* | © Fresh Start Contracting Company

### Transitional Kitchen with White Shaker Cabinets and Mosaic Tile Backsplash

The tiny black, gray, and white backsplash tiles add a slight texture between the white shaker cabinets which create a clean, fresh, and classic appeal. The metallic hardware of the cabinets adds a vintage feel and completes perfectly the traditional style of the cabinets. Wooden flooring breaks the white domination and brings warmth to the atmosphere.



Photo by Geoff Chick & Associates – Look for kitchen pictures
ID# 125417 | *Houzz.com – Credit* | © Geoff Chick & Associates

Photo by Martha O'Hara Interiors – Discover kitchen design inspiration
ID# 125410

### Traditional Kitchen with Light Blue Cabinetry and Black Countertop

The light blue raised-panel cabinets, brass hardware, white apron front sink, and the white ceramic subway tile backsplash offer a lovely traditional kitchen design. The black countertop of the cabinets nicely contrasts with the lighter shades and emphasizes the design. The brass accents like hardware and the details of the range hood add a dose of sparkle while white subway tiles bring texture.



Photo by – Look for kitchen pictures
ID# 125418

### Wood Kitchen Cabinetyr with Arabesque Tiles and Quartz Countertop

In this transitional kitchen, the white arabesque tile backsplash add a traditional feel to the modern look of the wooden cabinets. The Cambria Swanbridge ties the room together along with the ceramic tile backsplash. The stainless steel appliances and the metallic hardware enhance the modernity of the design.

—————— **BEST SELLER MOSAIC TILES** ——————

**Gray and Whtie Kitchen with Brass and Wood Details**

The combination of white, gray, wood, and a touch of gold creates a stylish kitchen design. The gray and white backsplash tiles offer a sleek backdrop for white cabinets and the wooden range hood which creates a focal point. The brass details like frames of the glass-fronted upper cabinets, trim of the range hood, sconces, and the hardware make a luxurious touch. The quartz countertops complete this luxurious feel.

## Arabesque Ceramic Tile Backsplash

If you are looking something for traditional, there is no better option than an arabesque tile backsplash which has a unique and beautiful appeal. And using a ceramic material for this pattern adds functionality to the backsplash. An arabesque ceramic tile backsplash shapes up the character and turns out one of the essentials of the kitchen!




Elegant Shell Glass Marble Rhomboid Mosaic Tile – BA62046
★★★★★ 149 reviews

White Modern Marble Chevron tile with Multiple Textures – BA631613
★★★★★ 69 reviews

 TRY A SAMPLE +
 TRY A SAMPLE +

● ○ ○ ○ ○





Photo by Square Inch Design – Discover kitchen design inspiration
ID# 125413

**Wood Island with Quartz Countertop and Wood Stools**

With its glossy finish and geometrical lines, the white chevron backsplash makes a modern twist against the cozy atmosphere of this farmhouse kitchen. White cabinets and quartz countertops create a cohesive look with the backsplash tiles. The wood kitchen island and stools create a continuous look with the wood flooring while floating shelves compliment them. Glass pendant lights make a warm glow above the island.





Photo by AHR Designs – Look for kitchen design inspiration
ID# 125419

**Blue Arabesque and Subway Tile Backsplash with Copper Range Hood**

The blue ceramic tile backsplash and the copper range hood pull the

https://backsplash.com/92104-hazelnut-refacing-transitional-kitchen-with-arabesque-backsplash-island-view/



**URL: https://backsplash.com/arabesque-tile-kitchen-backsplash/**

https://backsplash.com/arabesque-tile-kitchen-backsplash/                February 19, 2025 at 2:05 PM EST

## backsplash.com

'Home Design & Decor Idea Blog'

HOME | BACKSPLASH ˅ | KITCHEN | CABINET | COUNTERTOP | BATHROOM | OUTDOOR | SEARCH

### Arabesque Tile Kitchen Backsplash Beautiful Colors & Traditional Patterns

27.2K SHARES  | 🅿 27.2K Pinterest | f 0 Facebook

˅ 44+ ARABESQUE TILE BACKSPLASH



Photo by Tartan Homes – Discover kitchen design inspiration
ID# 92101 | *Houzz.com* – *Credit* | © Tartan Homes

**Transitional Kitchen With White Arabesque Backsplash**

The one who loves a clean look kitchen with keeping the cabinets all white, however, the one who still wants to give a characteristic to the kitchen, this white thin stroked arabesque backsplash tile might be the perfect option for you!



Photo by S&W Kitchens – Look for kitchen pictures
ID# 92129 | *Houzz.com* – *Credit* | © S&W Kitchens

**Spanish Mediterranean Farmhouse Kitchen With Stone Hood And Backsplash**

The traditional kitchen cabinet style and the white stone hood reflects the Spanish farmhouse kitchen vibe! The marble countertop is always a good idea which reflects the arabesque pattern!



Photo by Widney Pierson Interior Design – Browse kitchen photos
ID# 92102 | *Houzz.com* – *Credit* | © *Widney Pierson Interior Design*

**Beach Style Kitchen With White Arabesque Backsplash**

We see another white backsplash but this time the bar chairs bring the beach vibe into this kitchen! Loved the choice of black kitchen countertop that creates a contrast between white cabinets!



Photo by KabCo Kitchens – Browse kitchen photos
ID# 92130 | *Houzz.com* – *Credit* | © *KabCo Kitchens*

**Transitional Kitchen With White Subway And Black Arabesque Backsplash**

Definitely a transitional kitchen with the choice of a shaker and frameless European doors contrast with the style and the color! We see another contrast with two different styles of black and white backsplash idea. One of them is a white subway between the cabinets. And the other one is the black and gray arabesque style that gives a Mediterranean characteristic to the kitchen!

## TRADITIONAL MOSAIC TILES



Travertine Tile with Burgundy Glass Mix – BA1029
★★★★★ 34 reviews



White Gray Marble Flower Mosaic Tile – BA45056
★★★★★ 19 reviews

TRY A SAMPLE ✚    TRY A SAMPLE ✚





Photo by Community Builders, LLC – Look for kitchen design inspiration
ID# 92131 | *Houzz.com* – *Credit* | © *Community Builders, LLC*

**White And Rustic Transitional Gray Kitchen With Arabesque Backsplash**

This white kitchen is another transitional one with the wooden details on the island legs and marble countertop on top! The all-white arabesque tile completes the transitional look of the kitchen!



Photo by – Search kitchen pictures
ID# 92103



### Hazelnut Transitional Kitchen With Arabesque Backsplash

Loved how the arabesque pattern complements and in a harmony with wooden cabinets. The tiles on the floor and the white oven create transitional details of the kitchen!



Photo by Issie-Mae Interior Design – Search kitchen design ideas
ID# 92132 | *Houzz.com – Credit* | © Issie-Mae Interior Design

### Transitional Beach Style Kitchen With Arabesque Backsplash Tile

Another beach style house with an arabesque tile touch that creates the transitional kitchen look once again! We can tell the arabesque tile is one of the essentials that create a transitional kitchen vibe!

### What is Arabesque tile?

*Arabesque is an ornamental decoration that is originally found in Arabic decoration. Arabesque tile is basically a surface decoration that has rhythmic pattern that we see in most of the pattern sequences.*

### How to cut arabesque tile?

*The first step is measure and mark where you will cut from with your wet saw you can easily cut your arabesque tiles. And lay out the design on your countertop. Ten apply the thin-set to the wall and begin adding each arabesque tile.*



Photo by – Search kitchen pictures
ID# 92104

### Hazelnut Transitional Kitchen With Arabesque Backsplash

Island View



Photo by The Sivel Group – Discover kitchen design inspiration
ID# 92134 | *Houzz.com – Credit* | © The Sivel Group

### Traditional Kitchen With Silver Details And Light Gray Arabesque Backsplash

Another kitchen with shaker style doors and light gray arabesque backsplash! The silver appliances complete this light grays and whites of the kitchen. The texture of the backsplash is almost the same as the marble countertop!





URL: **https://backsplash.com/bathroom-curtain-ideas/**





Photo by New Avenue – Browse bathroom ideas
ID# 107607 | *Houzz.com – Credit* | © New Avenue

### Turquoise Vanity with White Subway Tiles and Floral Bathroom Curtain Ideas

This retro bathroom features vibrant colors that create visual beauty. Turquoise vanity with white quartz countertop makes a statement while floral curtain bringing a romantic feeling. White subway tiles cover all the walls and provide a bright atmosphere. Black hexagon floor tiles create a strong contrast with subway tiles. Brass faucet and sconce support this retro look.



Photo by Kerrie Kelly Design Lab – Discover bathroom design inspiration
ID# 107608 | *Houzz.com – Credit* | © Kerrie Kelly Design Lab

### Modern Farmhouse Bathroom with Oxford Pattern Floor Tile

Beige bathroom curtain and multicolored floor tiles make a nice impact in this white bathroom with mirrored medicine cabinet, pedestal sink, and alcove bathtub. White subway tiles provide a brighter atmosphere.



Photo by Parker & Parker Design, LLC – Discover bathroom design ideas
ID# 107638

### Oak Vanity with White Countertop and Floral Floor Tiles

Beautiful, functional, and spacious! Custom oak

## Small Bathroom Window with Tropic Shower Curtain

If you have a white bathroom, the colorful curtain can change the whole atmosphere instantly. Tropical shower curtain makes a big impact in this white bathroom with its vibrant color. White vanity, white medicine cabinet with mirrored door, and white subway tiles create a fresh and bright look.



Photo by MWAI Architecture and Interiors – Look for bathroom design inspiration

ID# 107609 | *Houzz.com* – *Credit* | © MWAI Architecture and Interiors

## Contemporary Small Bathroom with Soft Color Palette

vanity brings warmth to this mostly white space. light gray wall paint and white wood panels brighten up the bathroom. Gray floor tiles and gray striped bathroom curtains make a joyful touch.



Photo by – Look for bathroom pictures

ID# 107639 | *Houzz.com* – *Credit*

## Beach Style Bathroom with Black Sink and Gold Details

Gold details directly pull the attention and bring a vintage look to this black and white bathroom boasting a white freestanding bathtub, black wall-mounted sink, medicine cabinet, and white hexagon floor tiles. Shiplap walls complete the beachy atmosphere.





Photo by Parker & Parker Design, LLC – More bathroom ideas
ID# 119703

## White and Gray Farmhouse Wainscoting Bathroom with Oak Vanity

In this white and bright bathroom, wood cabinets warmed up space and the whole atmosphere is relaxed and sophisticated with white wainscoting, custom oak vanity with white quartz countertop and under-mounted single sink, gray cement tile floor, light gray painted walls, white panel door, white and gray shower curtain and rope accent that catches the color with the oak cabinets.





Photo by MANDARINA STUDIO interior design – More bathroom photos
ID# 119720

## Grey Wainscoting and Red Geometrical Wallpaper with Natural Wood Vanity

This bathroom is very eye-catching with the right amount of color preference and harmonious material choices. A large natural wood recessed-panel vanity cabinet is placed in the center with a white quartz countertop and under-mounted double sink, cabinets are very large but it doesn't look heavy because it has an open shelf under the drawers. Walls are covered with gray ship-lapped wainscoting and red linework patterned white wallpaper and the floor is a white hexagonal porcelain tile mosaic. Mirrors, wall lamps, and knobs are black and have sharp geometrical shapes. Lastly, as a small but effective detail, red artificial flowers are used as an accent.

